| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Barbara Lanning | Telephone: (313) 226-9103 |
|---|---|---|
| | Special Agent: Jeffrey Jacobs, FBI | Telephone: (248) 879-6090 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.
Sheldon Robertson

Case No.  Case: 2:23−mj−30107
Assigned To : Unassigned
Assign. Date : 3/11/2023
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of a Controlled Substance Resulting in Serious Bodily Injury |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey Jacobs, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 11, 2023

_____
*Judge's signature*

City and state: Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey Jacobs, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such. I have been employed as a Special Agent since January 2005 and am currently assigned to the FBI Oakland County Gang and Violent Crime Task Force (OCGVCTF). I have conducted and participated in numerous criminal investigations including bank robberies, violent crimes, extortionate extensions of credit, carjacking, gang related shootings, interstate theft, and narcotics trafficking.

2. The statements contained in this Affidavit are based in part on information provided by other Special Agents and/or local law enforcement officers, witnesses, my observations, and my experience. The facts in paragraph three and four of this affidavit were provided by Adult Victim 1 ("AV1") to members of the OCGVCTF in January 2023. I have not included all the facts known about the case, but only those necessary to establish probable cause.

3. In September 2022, AV1 purchased a heroin/fentanyl mixture masked as heroin from Sheldon Robertson at a residence on Dequindre Street in Detroit, Michigan.

4. A short time after completing the purchase, AV1 used some of the heroin/fentanyl mixture he/she purchased from Robertson. AV1 overdosed on the heroin/fentanyl mixture and fell unconscious while driving. AV1's vehicle ran over a

1

curb before coming to a stop.

5.  Saint Clair Shores police officers and firefighters/EMTs responded to the scene of AV1's vehicle. AV1 was unconscious and exhibiting agonal breathing when officers found him/her. Firefighter/EMTs administered 2 mg of Narcan—a medicine used to rapidly reverse an opioid overdose—to AV1. The first dose of Narcan had no effect. Firefighter/EMTs administered a second 2 mg dose of Narcan to AV1. AV1 regained consciousness after the second dose of Narcan. AV1 was transported to a nearby hospital for further treatment.

6.  While conducting an inventory search of the AV1's vehicle, Saint Clair Shores officers found a clear cellophane wrap containing 20 lottery folds of suspected narcotics. Officers conducted a field test of the suspected narcotics, which yielded positive indication for fentanyl.

7.  Members of OCGVCTF met with AV1 in early 2023 and reviewed text message conversations in his/her cell phone between AV1 and phone number XXX-XXX-0557 that occurred after AV1's September 2022 overdose. In those messages, there were multiple instances where AV1 reached out to the XXX-XXX-0557 number. Per AV1, the purpose of the text messages was to set up a drug transaction to purchase heroin/fentanyl. In at least one of messages, AV1 explicitly referenced a "30 pack," which I know to be code for packs of heroin/fentanyl. In those exchanges, the XXX-XXX-0557 number responded to AV1 acknowledging their request, and on at least one occasion instructed AV1 to meet at "Dequindre."

8. On March 08, 2023, pursuant to an administrative subpoena, AT&T advised the call number XXX-XXX-0557 is registered to Sheldon Robertson, at XXXX2 Dequindre Street, Detroit, Michigan, 48234.

9. Based on the above information, there is probable cause to believe that Sheldon Deandre Robertson, has violated 21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of a Controlled Substance Resulting in Serious Bodily Injury.

          Respectfully submitted

          _____
          Special Agent Jeffrey Jacobs
          FBI Oakland County Gang/Violent Task Force

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Dated: March 11, 2023

3